## EXHIBIT A

## CERTIFICATE OF MERIT AS TO DEFENDANT CCI

    I, Curt M. Parkins, Esq., Attorney for Plaintiff, certify that the claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

Date: 6/25/19

                                                    Curt M. Parkins, Esq.

## EXHIBIT B

## CERTIFICATE OF MERIT AS TO DEFENDANT ZALOGA

I, Curt M. Parkins, Esq., Attorney for Plaintiff, certify that an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

Date: 6/26/19

_____
Curt M. Parkins, Esq.

## EXHIBIT C

## CERTIFICATE OF MERIT AS TO DEFENDANT MALLIK

I, Curt M. Parkins, Esq., Attorney for Plaintiff, certify that an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

Date: 6/26/19

Curt M. Parkins, Esq.